IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GELPI BOUDWIN                                                                                          PLAINTIFF

v.                                    No. 4:07CV00299 JLH

HASTINGS BAY MARINA, INC., d/b/a
LITTLE ROCK YACHT CLUB, *in personam*,
and LOVIE DOVIE, *in rem* a/k/a LUCY DOVIE                             DEFENDANTS

**JUDGMENT**

For the reasons stated in the Opinion and Order entered on July 11, 2008, final judgment is hereby entered in favor of Hastings Bay Marina, Inc., on the claims of Gelpi Boudwin, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. The Court hereby expressly determines that there is no just reason for delay as to Boudwin's appeal from the Opinion and Order granting summary judgment in favor of Hastings Bay Marina, Inc.

IT IS SO ORDERED this 15th day of June, 2009.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE