IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GELPI BOUDWIN                                                                                           PLAINTIFF

v.                                            No. 4:07CV00299 JLH

HASTINGS BAY MARINA, INC., d/b/a
LITTLE ROCK YACHT CLUB, *in personam*,
and LOVIE DOVIE, *in rem* a/k/a LUCY DOVIE                                    DEFENDANTS

## ORDER

Gelpi Boudwin has filed a motion requesting this Court direct the entry of a final judgment as to Boudwin's claims against Hastings Bay Marina, Inc., pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, and to certify that there exists no reason to delay Boudwin's appeal. That motion is GRANTED. Document #38. A judgment will be entered separately.

IT IS SO ORDERED this 15th day of June, 2009.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE