**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

GELPI BOUDWIN                                                                                   PLAINTIFF

v.                                          NO. 4:07CV00299 JLH

HASTINGS BAY MARINA, INC.,
*in personam*, d/b/a LITTLE ROCK
YACHT CLUB; and LOVIE DOVIE, *in rem*                              DEFENDANTS

## ORDER

Pursuant to the stipulation of voluntary dismissal, the counterclaim of Hastings Bay Marina, Inc., d/b/a Little Rock Yacht Club, and the Lovie Dovie is dismissed without prejudice.

IT IS SO ORDERED this 7th day of November, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE